# MEMORANDA

## CASES NOT REPORTED IN FULL.

---

JOHN JAMES COLE, RESPONDENT, v. WILLIAM P. COLE, JR.,
EXECUTOR, ETC., OF JOHN R. COLE, DECEASED, APPELLANT.

*Examination of witness — conditionally, pending the trial of the action — proper.*

APPEAL from a judgment in favor of the plaintiff and from an order denying a motion made on the judge's minutes for a new trial, also from an order denying a motion for a new trial made on the ground of newly-discovered evidence, in an action tried at the Ulster Circuit. During the trial of the cause, plaintiff's counsel stated that Lizzie Cole, a material witness, was ill and unable to be present at the trial, and offered in evidence her deposition, with the affidavits, etc., upon which the order to take the same was granted, taken during the pendancy of the trial, which deposition, against defendant's objection, was received in evidence.

In regard to the evidence taken conditionally of Lizzie Cole, the court at General Term said : "No objections were made on account of defects in the affidavit or any thing of the kind. The only objection was that testimony could not be thus taken pending a trial, the illness of the witness having been of six weeks continuance prior to the trial.

There is nothing in the statute which thus limits the power of the judge. (2 R. S. [m. p.], 391, § 1 *et seq.*) If the application is collusive, that may be shown. (§ 4.) If the examination is not fair, that may be shown. (§ 8.) Generally, such examinations are had prior to the trial. But we do not think that the power may not be exercised while the trial is proceeding. Greater caution may be needed in granting the application at such a time."

*D. M. De Witt*, for the appellant.   *A. Schoonmaker, Jr.*, for the respondent.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOCKES and BOARDMAN, JJ.

Judgment and order reversed, new trial granted, costs to abide event.

Order denying new trial, on the ground of newly-discovered evidence, affirmed.